Nancy H. Hamren, SBT #09549430
**COATS, ROSE, YALE, RYMAN & LEE, P.C.**
3 E. Greenway Plaza, Suite 2000
Houston, Texas 77046
Tel: (713) 653-7362
Fax: (713) 651-0220
Email: nhamren@coatsrose.com
**ATTORNEYS FOR LGM FINANCE COMPANIES, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | **CASE NO. 14-42378-rfn7** |
| **CHARLES EDWARD BEREND AND** § | |
| **THERESA LYNN BEREND,** § | |
| § | |
| **Debtors.** § | |

**NOTICE OF APPEARANCE**
**COMBINED WITH REQUEST FOR ALL COPIES**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    Nancy H. Hamren of Coats, Rose, Yale, Ryman & Lee, P.C., on behalf of **LGM FINANCE COMPANIES, LLC**, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon her as follows:

> **Nancy H. Hamren**
> **Coats, Rose, Yale, Ryman & Lee, P.C.**
> **3 E. Greenway Plaza, Suite 2000**
> **Houston, Texas 77046**

    This request includes all notices, copies and pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3016, 3017(a) or 9007 of the Bankruptcy Rules, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

        Respectfully submitted,

        COATS, ROSE, YALE,
         RYMAN & LEE, P.C.

By: */s/ Nancy H. Hamren*
    Nancy H. Hamren
    Texas Bar No. 09549430
    3 E. Greenway Plaza, Suite 2000
    Houston, Texas 77046
    Tel.: (713) 653-7362 (Direct)
    Fax: (713) 651-0220
    Email: nhamren@coatsrose.com
ATTORNEY FOR LGM FINANCE COMPANIES, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this *Notice of Appearance Combined With a Request for All Copies* was served electronically upon each of the parties listed below, as well as all other parties receiving notice by the Court's ECF System, on June 16, 2014:

| | |
|---|---|
| Behrooz P. Vida<br>The Vida Law Firm, PLLC<br>3000 Central Drive<br>Bedford, TX 76021<br>Email: filings@vidalawfirm.com | U.S. Trustee<br>United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>Email: ustpregion06.da.ecf@usdoj.gov |

Marilyn Garner
Law Offices of Marilyn D. Garner
2007 E. Lamar Blvd., Suite 200
Arlington, TX 76006
Email: mgarner@marilyndgarner.net

        */s/ Nancy H. Hamren*
        Nancy H. Hamren