BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Charles Edward Berend § Case No.:  14–42378–rfn7
Theresa Lynn Berend § Chapter No.:  7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED:  11/13/14

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/J. Kucera, Deputy Clerk